IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


JERRY QUARLES, JR.,

        Plaintiffs,

  v.                                                  Civil Action 2:17-cv-245
                                                        Judge George C. Smith
                                                        Magistrate Judge Jolson

RYAN HUFFMAN, et al.,

        Defendants.

## ORDER

This matter is before the Court on Defendant's Amended Motion to Re-File Exhibits Under Seal and in Redacted Form. (Doc. 48). Defendant seeks to re-file Exhibit 6, Plaintiff's medical records, under seal (Doc. 45-6), and requests leave to re-file Exhibits 1 and 7 in redacted form, redacting only Plaintiff's social security number. (Docs. 45-1, 45-7). Defendant further explains that "[t]hese redactions are made in the interest of protecting Plaintiff's personal information from public disclosure."

Following review, the Court finds that the Motion properly demonstrates a compelling reason for filing under seal and is narrowly tailored to serve that reason. *See Blasi v. United Debt Servs., LLC*, No. 2:14-CV-83, 2016 WL 3765539, at *1 (S.D. Ohio July 14, 2016) Accordingly, for good cause shown, Defendant's Motion to Re-File Exhibits Under Seal and in Redacted Form (Doc. 48) is **GRANTED**. Consequently, the Clerk is **DIRECTED** to seal Exhibits 1, 6, and 7 in Document 45 (Docs. 45-1, 45-6, and 45-7), and place the redacted versions of Exhibit 1 (Doc. 48-1) and 7 (Doc. 48-2) on the docket.

IT IS SO ORDERED.

Date: March 8, 2018                                         /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE